**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**

---

**WADE VANHOOSE,**

     **Plaintiff,**

**v.**                             **NO.** 5:21-cv-45-TBR

                                             **JURY DEMAND**

**INLAND MARINE SERVICE, INC,**

     **Defendant.**

---

**COMPLAINT**

---

     **COMES NOW** the Plaintiff, Wade Vanhoose (hereinafter "Plaintiff"), and for cause of action against Defendant, Inland Marine Service, Inc. (hereinafter "Defendant"), would state to the Court as follows:

     1.     Plaintiff is a resident of the State of Tennessee.  He is an American seaman, and at all times material hereto he was a member of the crew of a motor vessel operated and under the control of the Defendant.  That as an American seaman he is authorized to bring this action pursuant to 28 U.S.C. § 1916 without the prepayment of costs or the necessity of depositing security therefor.

     2.     That at all times mentioned herein, the Defendant was a corporation organized and existing under the laws of the State of Kentucky, with its principal place of business in Kentucky.

     3.     Defendant may be served with process by serving its registered agent for service, David E. Hammond, 1720 Petersburg Road, Hebron, Kentucky  41048.

4.    At all times pertinent hereto, Defendant was doing business in the Commonwealth of Kentucky, and/or was operating a vessel in the Mississippi River within the geographical boundaries of the Commonwealth of Kentucky.

5.    This Complaint is brought against Defendant pursuant to 46 U.S.C. § 30104 *et seq.*, the Jones Act, and the general maritime law of the United States. Jurisdiction is based upon 28 U.S.C. § 1331.

6.    That on or about November 3, 2018, the Plaintiff was employed by Defendant as a member of the crew of the vessel, the M/V JN PHILIPS (hereinafter "the Vessel"). That on November 3, 2018, the Vessel and its tow were northbound on the Upper Mississippi River near Clinton, Iowa. Plaintiff had gone out onto the tow of the Vessel to perform his normal duties of checking the tow. While the Plaintiff was on the tow the Vessel took on fuel. When he returned from checking the tow, the stern of the barge to which the Vessel was faced up was higher in the water relative to the Vessel than it was when he went out onto the tow. As the Plaintiff attempted to descend from the stern of the barge down to the head deck of the Vessel, he was caused to slip and fall, injuring his back.  The steps on the sides of the Vessel's tow knees, which were normally used to assist in descending from a barge to the Vessel in this situation, were missing.  This defect had previously been reported but was not corrected prior to the Plaintiff's accident. Furthermore, the head deck of the Vessel did not have proper non-skid.

7.    That said injuries were caused by the negligence of the Defendant, its agents and employees, to-wit:

      a)    By failing to provide a safe place in which to work;

b)      By operating the Vessel with the defect as set out above, when it knew of the defect but failed to correct same; and,

c)      By operating the vessel without proper non-skid material on the head deck.

8.     That the above acts of negligence rendered the vessel unseaworthy as to the Plaintiff.

9.     That as a result of the acts of negligence and the unseaworthiness of the Vessel as aforesaid, the Plaintiff was injured in the following respects:

a)      Plaintiff suffered a severe injury to his lower back;

b)      Plaintiff was required to seek and obtain necessary medical treatment, and will be required to seek such treatment in the future, in an effort to be cured and relieved of the effects of his injury;

c)      Plaintiff has incurred financial loss due to lost wages;

d)      Plaintiff has suffered a loss of earning capacity;

e)      Plaintiff has experienced pain, suffering, and extreme emotional distress in the past and will continue to experience the same in the future;

f)      Plaintiff's enjoyment of life has been diminished; and

g)      Plaintiff has suffered permanent disability and impairment as a result of his injuries.

WHEREFORE, Plaintiff Wade VanHoose, prays as follows:

1.     That he be awarded judgment against Defendant in such proportions as the proof may dictate, damages, actual and special, for personal injuries, together with the cost of prosecuting this cause.

2.     That a jury be empaneled to try the issues when joined.

3.    That Plaintiff be awarded such other, further, and general relief which he may appear entitled under the circumstances.

Respectfully submitted,

/s/ Lee J. Bloomfield
L. JEFF BLOOMFIELD, ESQ.
50 North Front Street, Suite 800
Memphis, TN 38173-0290
(901) 528-1702
lbloomfield@gmlblaw.com