## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION
## CASE NO. 5:21-CV-45-TBR

WADE VANHOOSE                                                                                                           PLAINTIFF

V.

INLAND MARINE SERVICE, INC.                                              DEFENDANT

## *ORDER OF DISMISSAL*

Pursuant to the STIPULATION of Dismissal filed at Docket #9,

**IT IS ORDERED** that said action is **DISMISSED** from the docket.

All deadlines, telephonic conferences, and the jury trial are vacated/cancelled.

cc: Counsel